pellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. WIGGINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Proceeding by the People of the State of New York against Sarah A. Wiggins.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground that the evidence does not show that the defendant was the owner of the milk, or furnished or delivered the same to the factory, within the meaning of the statute, and on the further ground that improper evidence was received.

---

PEOPLE v. WOEFEL. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State of New York against Henry Woefel. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. WOODS, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York against Thomas Woods. D. O'Sullivan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE ex rel. ABEL, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York, on the relation of Joseph Abel against Charles F. Milliken and others. No opinion. Order unanimously affirmed, without costs.

---

PEOPLE ex rel. BUFFALO GAS CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Proceeding by the People of the State of New York, on the relation of the Buffalo Gas Company against the State Board of Tax Commissioners. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 121 N. Y. Supp. 782.

---

PEOPLE ex rel. BUFFALO R. & P. R. CO., Appellant, v. CARMICHAEL et al., Board of Assessors, Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Proceeding by the People of the State of New York, on the relation of the Buffalo, Rochester & Pittsburg Railway Company, against Alexander D. Carmichael and others, as the Board of Assessors, etc. (tax of 1909). No opinion. Order affirmed, with costs.

---

PEOPLE ex rel. COLLINS v. AHEARN. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Proceeding by the

People of the State of New York, on the relation of James G. Collins, against John F. Ahearn. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 137 App. Div. 260, 121 N. Y. Supp. 966, and 137 App. Div. 265, 121 N. Y. Supp. 970; 122 N. Y. Supp. 1142.

---

PEOPLE ex rel. CONTE v. BERRY, Com'r. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of Antonio Conte, against Joseph I. Berry, Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

PEOPLE ex rel. FRAME, Respondent, v. STEELE et al., Village Trustees, Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Proceeding by the People of the State of New York on the relation of Herbert J. Frame, against Emery U. Steele and others, as the Board of Trustees of the Village of Clayton, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. GORMAN, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceeding by the People of the State of New York, on the relation of Bernard J. Gorman, against Rudolph P. Miller, as Superintendent, etc., and others. J. W. Browne, for appellant. T. Connoly and M. C. Fleming, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. GRAVES, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Proceeding by the People of the State of New York, on the relation of Norman K. Graves against Mildred Ford. No opinion. Judgment and order affirmed.

---

PEOPLE ex rel. HANSON v. EDWARDS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Proceeding by the People of the State of New York, on the relation of Jonathan Hanson, against William H. Edwards, as Commissioner. T. Davis, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO. v. WILLIAMS, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Motion denied. See, also, 123 N. Y. Supp. 137.

---

PEOPLE ex rel. KIRK v. HAYES, Fire Com'r. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Proceeding by the People of the State of New York, on

the relation of John J. Kirk, against Nicholas J. Hayes, as Fire Commissioner of the City of New York. No opinion. Determination confirmed, with costs.

---

PEOPLE ex rel. LA CHICOTTE v. MARTIN, Com'r (two cases). (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceeding by the People of the State, of New York, on the relation of Henry A. La Chicotte, against Kingsley L. Martin, as Commissioner, etc. No opinion. Motions to dismiss appeals denied, with $10 costs, without prejudice to motion to dismiss being made by J. W. Stevenson, as commissioner, etc. Orders filed.

---

PEOPLE ex rel. LEHIGH VALLEY R. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Proceeding by the People of the State of New York, on the relation of the Lehigh Valley Railroad Company, against the State Board of Tax Commissioners.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of the decision rendered at this term of court in People ex rel. Buffalo Gas Co. v. State Board of Tax Commissioners, 137 App. Div. 358, 121 N. Y. Supp. 782.

SPRING and KRUSE, JJ., dissent, upon the grounds stated in the dissenting memorandum by SPRING, J., in that case.

---

PEOPLE ex rel. LEHIGH VALLEY R. CO., Appellant, v. STATE BOARD OF TAX COM'RS., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Proceeding by the People of the State of New York, on the relation of the Lehigh Valley Railroad Company, against the State Board of Tax Commissioners. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. See, also, supra.

---

PEOPLE ex rel. LEWIS v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of Everett K. Lewis, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with costs, and writ dismissed.

---

PEOPLE ex rel. LONGYEAR, Respondent, v. BANNON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Edward M. Longyear, against Lawrence F. Bannon and others, members composing the Examining and Supervising Board of Plumbers and Plumbing of the City of Kingston, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. McCALL v. CITY OF ALBANY et al. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Henry S. McCall, against the City of Albany, James E. McEwan, as Mayor of the City of Albany, and Wallace Greenalch, as Commissioner of Public Works of the City of Albany. No opinion. Order affirmed, with costs.

---

PEOPLE ex rel. MURPHY v. EDWARDS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Proceeding by the People of the State of New York, on the relation of Jas. M. Murphy, against William H. Edwards, as Commissioner. A. Levy, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Charles H. Gaus, as Comptroller of the State of New York.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

KELLOGG, J., is of the opinion that the company has but one kind of stock, which is taxable on a 6 per cent. basis.

---

PEOPLE ex rel. REPUBLICAN & JOURNAL CO. v. WIGGINS et al. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Proceeding by the People of the State of New York, on the relation of the Republican & Journal Company, against Abraham H. Wiggins and others.

PER CURIAM. Determination annulled, with $50 costs and disbursements.

SEWELL and HOUGHTON, JJ., dissent.

---

PEOPLE ex rel. SAUER, Appellant, v. McANENY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceeding by the People of the State of New York, on the relation of William Sauer, against George McAneny, as President, etc., and others. A. J. Talley, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. TOMS, Respondent, v. BOARD OF SUP'RS OF ERIE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Proceeding by the People of the State of New York, on the relation of Robert A. Toms, against the Board of Supervisors of Erie County. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 122 N. Y. Supp. 744.